IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMIAH COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-952-L |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

On February 17, 2015, Magistrate Judge Shon T. Erwin entered a Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's applications for benefits under the Social Security Act. The Magistrate Judge recommended that the decision of the Commissioner be affirmed.

The court file reflects that plaintiff filed a timely Objection to the Magistrate Judge's Report and Recommendation which the court has carefully considered. Upon *de novo* review, however, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

The Magistrate Judge properly declined to consider the perfunctory argument that an alleged improper onset date requires a remand. Further, the Magistrate Judge correctly found no error with respect to the ALJ's RFC determination or the ALJ's application of the grids to determine that plaintiff was not disabled. The Magistrate Judge correctly found that the ALJ's conclusive reliance on the grids was appropriate and supported by substantial evidence, thus VE testimony was not necessary. The Magistrate Judge correctly found that the ALJ's analysis of plaintiff's credibility was supported by substantial evidence in the record as a whole. The Magistrate Judge also properly rejected the argument that the ALJ erred in his analysis of plaintiff's GAF scores.

Thus, upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly, the decision of the Commissioner to deny plaintiff's applications for benefits under the Social Security Act is **AFFIRMED.**

It is so ordered this 31st day of March, 2015.

TIM LEONARD
United States District Judge